# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES et al.,<br><br>Defendants. | No. ED CV 21-01551-JWH (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court **ACCEPTS** the findings, conclusions, and recommendations of the United States Magistrate Judge.

For those reasons, it is hereby **ORDERED** that Judgment shall be entered **GRANTING** the motion of Defendant United States to dismiss the First Amended Complaint and **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

Date: June 5, 2023

JOHN W. HOLCOMB
United States District Judge