JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. DAVIS, | No. ED CV 21-01551-JWH (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the First Amended Complaint and this entire action are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Date: June 5, 2023

JOHN W. HOLCOMB
United States District Judge